The order of the circuit judge states that there was "testimony taken in open court." It has not been returned to this court. Basing decision entirely on the facts disclosed in the return of the defendants to the order to show cause, the order denying the writ should be affirmed, with costs to appellees.

NORTH, C. J., and McDONALD, J., concurred with SHARPE, J.

---

### FOTHERINGHAM v. FOX.

This case is controlled by *Bay City Dredge Works* v. *Fox, ante,* 523.

Certiorari to Bay; Houghton (Samuel G.), J. Submitted October 2, 1928. (Calendar No. 33,812.) Decided January 7, 1929.

Mandamus by William S. Fotheringham, doing business as the Bank of Crump, to compel Charles L. Fox, county clerk, and James W. Rusling, county treasurer, to pay certain drain orders. From an order denying the writ, plaintiff brings certiorari. Affirmed.

*E. M. Sharpe,* for appellant.

*Frank C. Patterson,* Prosecuting Attorney, for appellees.

PER CURIAM. This case is a companion of *Bay City Dredge Works* v. *Fox, ante,* 523, and is ruled thereby.
Affirmed.